UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FOUNDATION FOR ELDERCARE,<br><br>    Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA DEPARTMENT OF AGRICULTURE-DELAWARE DIVISION,<br><br>    Defendant. | Civil Action No. 22-cv-00705-MN |

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by Holly M. Whitney, counsel for the Plaintiff, and Shamoor Anis, Assistant US Attorney for Defendant, that the above-referenced matter is hereby voluntarily dismissed without prejudice pursuant to Rule 41(a) and that the parties further stipulate to the withdrawal of Defendant's Motion to Dismiss (D.I.6).

/s/ Holly M. Whitney
Holly M. Whitney
Bar ID #3881
Attorney for Plaintiff
Cooper Levenson, P.A.
1201 N. Orange St., Suite 713
Wilmington, DE  19801
(302) 409-3570
hwhitney@cooperlevenson.colm

**Dated:  September 2, 2022**

/s/ Shamoor Anis
Shamoor Anis
Assistant United States Attorney
1313 N. Market Street
P.O. Box 2046
Wilmington, Delaware  19899-2046
(302) 225-9414
Shamoor.Anis@usdoj.gov

**SO ORDERED this 2nd day of September 2022.**

/s/ Maryellen Noreika
**The Honorable Maryellen Noreika**
**United States District Judge**